**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                              4:08CR00237-01-WRW

**MARZUES SCOTT**

## ORDER

Based on the findings of fact and conclusions of law made at a hearing held today, Mr. Scott is ordered to be committed to the custody of the Attorney General under 18 U.S.C. §§ 4241(d)(1), (2) for placement for a period not to exceed 120 days at the Federal Correctional Institution at Fort Worth, Texas, or at a Federal Medical Center where the Bureau of Prisons believes he can receive appropriate treatment.

IT IS SO ORDERED this 9th day of October, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE