IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    NO. 4:08-CR-00237-01 BRW

MARZUES SCOTT

### ORDER

Defendant Marzues Scott was found incompetent to continue Court proceedings and a psychiatric report was filed on January 17, 2014.  The parties appeared before the Court on March 18, 2014 and agreed that Mr. Scott should return to the Federal Bureau of Prisons for a term not to exceed 120 days, to determine if competency can be restored.  The United States Marshal for the Eastern District of Arkansas has informed the Court that Defendant has been designated to the Federal Medical Complex in Butner, NC, for the examination.  Accordingly, the United States Marshal is directed to transport Marzues Scott to FMC Butner, North Carolina, forthwith.[1]

IT IS SO ORDERED this 21st day of March, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Based on 18 U.S.C. § 3161(h)(1)(H), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.